An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD RICHARD CHILDS, II,
Appellant,
vs.
THE ARUBA HOTEL; AND
IRVINGTON PROPERTIES, LLC D/B/A
ARUBA HOTEL & SPA,
Respondents.

No. 63026

FILED

APR 29 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant seeks to challenge the district court's oral ruling denying reconsideration of the denial of a motion to strike. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Moreover, as no final judgment has been entered, *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (providing that a final judgment is one that disposes of all issues pending in a case and leaves nothing for the district court to resolve except for post-judgment matters such as attorney fees and costs), and no statute or court rule authorizes an appeal from the decision appellant seeks to challenge, *see* NRAP 3A(b) (setting forth the orders and decisions from which an appeal may be taken); *Taylor Constr. Co. v. Hilton Hotels, Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984) (pointing out that this court generally has jurisdiction to consider an appeal only when authorized by statute or court rule), even if a written order had been entered, the

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12489

challenged ruling would not be appealable. Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Kerry Louise Earley, District Judge
       Donald Richard Childs, II
       Boyack & Beck
       Eighth District Court Clerk

---

[1]In light of this order, appellant need not file the proper person appeal statement.

SUPREME COURT
OF
NEVADA

(O) 1947A